UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN D. MEDLOCK,<br>    Plaintiff,<br>v.<br>FRED FINCH CHILDREN'S HOME, et al.,<br>    Defendants. | Case No. 14-cv-03000-JCS<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE AND REQUIRING SERVICE BY THE U.S. MARSHAL**<br><br>Re: Dkt. Nos. 1, 7 |
|---|---|

This is an employment discrimination case brought by Plaintiff Karen Medlock against her former employer, Fred Finch Children's Home d/b/a Fred Finch Youth Center ("FFYC"), and two of its officers. The Court previously granted Medlock's application to proceed in forma pauperis and reviewed the sufficiency of her Complaint (dkt. 1) pursuant to 28 U.S.C. § 1915(e). The Court determined that Medlock had sufficiently pled only a Title VII retaliation claim against FFYC and dismissed her remaining claims, many with leave to amend. *See* Order Regarding Sufficiency of Complaint (dkt. 7). The Court set a deadline of forty-five days from the date of that that Order for Medlock to file an amended complaint.

That deadline has passed without Medlock filing any amendment. All claims that were dismissed with leave to amend are therefore now DISMISSED WITH PREJUDICE. Medlock may proceed, however, on her Title VII retaliation claim. Pursuant to 28 U.S.C. § 1915(d), the Clerk is therefore ORDERED to issue summons as to FFYC,[1] and the U.S. Marshal for the Northern District of California is ORDERED to serve a copy of each of the following documents on FFYC: **(1)** summons; **(2)** the Complaint (dkt. 1); **(3)** the Order Regarding Sufficiency of Complaint (dkt. 7); **(4)** the Minute Order dated September 29, 2014 (dkt. 8); **(5)** the Case

---

[1] FFYC is the only remaining defendant.

1  Management and Pretrial Order dated September 30, 2014 (dkt. 9); **(6)** this Order; and **(7)** the

2  attached Consent or Declination to Magistrate Judge Jurisdiction form.

3        A case management conference is scheduled for **December 19, 2014, at 11:00 AM** in

4  Courtroom G, on the 15th floor of the San Francisco Courthouse located at 450 Golden Gate

5  Avenue.  Both parties, or their attorneys, must appear unless a continuance is granted.

6        If Medlock is unable to obtain representation, she is encouraged to continue to consult with

7  the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco

8  federal courthouses[2] for assistance as she continues to prosecute this action.  Medlock is instructed

9  to honor any future deadlines that may be set in this case.

10  **IT IS SO ORDERED.**

11  Dated: November 17, 2014

12

13                                              JOSEPH C. SPERO
                                            United States Magistrate Judge

---

[2] The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.