UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN D. MEDLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED FINCH CHILDREN'S HOME,<br><br>    Defendant. | Case No. 14-cv-03000-JCS<br><br>**ORDER SETTING REPLY DEADLINE** |

Defendant Fred Finch Children's Home moved for summary judgment on May 1, 2015. *See* dkt. 33. Plaintiff Karen Medlock, proceeding pro se, filed an opposition on May 29, 2015. *See* dkt. 36. Although filed after the deadline, the Court will consider Medlock's opposition and declaration. Defendant's reply must be filed no later than June 5, 2015, and the hearing on Defendant's motion remains set for 9:30 AM on June 19, 2015.

**IT IS SO ORDERED.**

Dated: June 2, 2015

JOSEPH C. SPERO
Chief Magistrate Judge